UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HENRY LAVIOLETTE, et al. | ) | No. 3:17-cv-02119-SRU |
|     Plaintiffs, | ) | |
| Vs. | ) | |
| | ) | |
| CBS CORP., et al., | ) | |
|     Defendants. | ) | April 5, 2018 |

## MOTION AND ORDER OF DISMISSAL
## OF ERICSSON, INC.

Plaintiffs' counsel, Early, Lucarelli, Sweeney & Meisenkothen, LLC, hereby submit to the Court that plaintiffs desire to dismiss Ericsson, Inc., with prejudice, from their respective cause. Accordingly, Plaintiffs move for an entry of order dismissing Ericsson, Inc.

                                                  Respectfully submitted,
                                                  THE PLAINTIFFS


                                                  _s/ Christopher Meisenkothen_
                                                  Christopher Meisenkothen
                                                  Federal Bar # ct20906
                                                  Early, Lucarelli, Sweeney &
                                                  Meisenkothen, LLC
                                                  265 Church Street – 11th Floor
                                                  New Haven, Connecticut 06510
                                                  203-777-7799
                                                  203-785-1671 (fax)
                                                  cmeisenkothen@elslaw.com
                                                  Counsel for the Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HENRY LAVIOLETTE, et al. | ) | No. 3:17-cv-02119-SRU |
| Plaintiffs, | ) | |
| Vs. | ) | |
| | ) | |
| CBS CORP., et al., | ) | |
| Defendants. | ) | April 5, 2018 |

## **ORDER**

The Court, having considered the Plaintiff's Motion and Order of Dismissal of Ericsson, Inc., with prejudice, is hereby granted/denied.

_____

## Certificate of Service

I hereby certify that on April 5, 2018 a copy of foregoing **Plaintiffs' Motion and Order of Dismissal of Ericsson, Inc.** was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

    _s/ Christopher Meisenkothen__
Christopher Meisenkothen
Federal Bar # ct20906
Early, Lucarelli, Sweeney & Meisenkothen, LLC
265 Church Street – 11th Floor
New Haven, Connecticut 06510
203-777-7799
203-785-1671 (fax)
cmeisenkothen@elslaw.com
Counsel for the Plaintiffs