UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HENRY LAVIOLETTE, et al. | ) | No. 3:17-cv-02119-SRU |
|     Plaintiffs, | ) | |
| Vs. | ) | |
| | ) | |
| CBS CORP., et al., | ) | |
|     Defendants. | ) | April 5, 2018 |

### MOTION AND ORDER OF DISMISSAL
### OF THE OKONITE COMPANY

Plaintiffs' counsel, Early, Lucarelli, Sweeney & Meisenkothen, LLC, hereby submit to the Court that plaintiffs desire to dismiss The Okonite Company, with prejudice, from their respective cause. Accordingly, Plaintiffs move for an entry of order dismissing The Okonite Company.

    Respectfully submitted,
    THE PLAINTIFFS


    _s/ Christopher Meisenkothen_
    Christopher Meisenkothen
    Federal Bar # ct20906
    Early, Lucarelli, Sweeney &
    Meisenkothen, LLC
    265 Church Street – 11th Floor
    New Haven, Connecticut 06510
    203-777-7799
    203-785-1671 (fax)
    cmeisenkothen@elslaw.com
    Counsel for the Plaintiffs

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HENRY LAVIOLETTE, et al. | ) | No. 3:17-cv-02119-SRU |
|     Plaintiffs, | ) | |
| Vs. | ) | |
| | ) | |
| CBS CORP., et al., | ) | |
|     Defendants. | ) | April 5, 2018 |

## **ORDER**

The Court, having considered the Plaintiff's Motion and Order of Dismissal of The Okonite Company, with prejudice, is hereby granted/denied.

_____

## Certificate of Service

I hereby certify that on April 5, 2018 a copy of foregoing **Plaintiffs' Motion and Order of Dismissal of The Okonite Company** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

    _s/ Christopher Meisenkothen__
Christopher Meisenkothen
Federal Bar # ct20906
Early, Lucarelli, Sweeney & Meisenkothen, LLC
265 Church Street – 11th Floor
New Haven, Connecticut 06510
203-777-7799
203-785-1671 (fax)
cmeisenkothen@elslaw.com
Counsel for the Plaintiffs