# WITHDRAWAL
JD-CV-41 Rev. 6-12

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

Return date: Nov-14-2017
Docket number: FBT-CV-17-6067570

**Fill Out All Sections Below**

Name of case (First-named Plaintiff vs. First-named Defendant)
LAVIOLETTE, HENRY J Et Al v. CBS CORP. Et Al

[X] Judicial District   [ ] Housing Session   [ ] Geographical Area number
Address of court: 1061 MAIN STREET BRIDGEPORT, CT 06604

## Section I (check only one box) This Withdrawal is being filed because the dispute has been resolved by:

**I. Court-Annexed ADR**
- 411088 [ ] Early Intervention
- 411090 [ ] Attorney Trial Referee
- 411091 [ ] Fact-Finding
- 411093 [ ] Arbitration
- 411094 [ ] Mediation
- 411095 [ ] Special Masters
- 411096 [ ] Summary Jury Trial

**II. Court Intervention**
- 411098 [ ] Pretrial Conference
- 411099 [ ] Trial Management Conference
- 411100 [ ] Commencement of Trial (court trial - first witness sworn; jury trial - trial jurors sworn)

**III. Private ADR**
- 411102 [ ] Provider Name:

**IV. Other**
- 411103 [X] Discussion of Parties on Their Own
- 415602 [ ] Unilateral Action of Party or Parties

## Section II  Withdrawal

**Dispositive** (Do not check the following two boxes if any intervening complaints, cross complaints, counterclaims, or third party complaints remain pending in this case. See below for partial withdrawal of action.)

(WDACT) [ ] The Plaintiff's action is WITHDRAWN AS TO ALL DEFENDANTS without costs to any party.

(WOARD) [ ] A judgment has been rendered against the following Defendant(s): _____
and the Plaintiff's action is WITHDRAWN AS TO ALL REMAINING DEFENDANTS without costs.

**Partial**
The following pleading(s), motion(s) or other paper(s) in the case named above is or are withdrawn:

- (WDCOMP) [ ] Complaint
- (WDCOUNT) [ ] Counts of the complaint: _____
- (WDINTCO) [ ] Intervening Complaint
- (WDTHPC) [ ] Third Party Complaint
- (WAPPCOM) [ ] Apportionment Complaint
- (WDCC) [ ] Cross Complaint (cross claim)
- (WOC) [ ] Counterclaim

- (WOAAP) [ ] Plaintiff(s): _____
- (WOAAD) [X] Complaint against defendant(s): D-07 PHELPS DODGE INDUSTRIES, INC. only without costs
- (WOM) [ ] Motion: _____
  [ ] Other: _____

**Signature Required**

| Party | | By | |
|---|---|---|---|
| P-01 HENRY J LAVIOLETTE | ; By | EARLY LUCARELLI SWEENEY & MEISENKOTHEN | Attorney or Self-represented Party |
| P-02 LUCINDA DERACHEMONT LAVIOLETTE | ; By | EARLY LUCARELLI SWEENEY & MEISENKOTHEN | Attorney or Self-represented Party |
| | ; By | | Attorney or Self-represented Party |
| | ; By | | Attorney or Self-represented Party |

Name & Address of Signer: CHRISTOPHER MEISENKOTHEN
265 Church Street, 11th Floor, New Haven, CT 06510

## Section III  Certification

I certify that a copy of this document was mailed or delivered electronically or non-electronically on (date) **Dec-13-2017** to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties receiving electronic delivery.

Name and address of each party and attorney that copy was mailed or delivered to:
DAY PITNEY LLP - 242 TRUMBULL STREET/HARTFORD, CT 06103

*If necessary, attach additional sheet or sheets with name and address which the copy was mailed or delivered to.

Signed (Signature of filer): ▶ 417342
Print or type name of person signing: CHRISTOPHER MEISENKOTHEN
Date signed: Dec-13-2017
Mailing address: ONE CENTURY TWR 11TH FL., 265 CHURCH ST. NEW HAVEN, CT 06510
Telephone number: 2037777799

Continuation of JDCV41 Withdrawal for FBT-CV-17-6067570-S

Submitted By EARLY LUCARELLI SWEENEY & MEISENKOTHEN L (409080)

Certification of Service (Continued from JDCV41)

**Name and Address at which service was made:**

HALLORAN & SAGE - 315 POST ROAD WEST/WESTPORT, CT 06880

ROBERT MARTIN - 10 BANK STREET/WHITE PLAINS, NY 10606

JONATHAN TABASKY - 125 HIGH STREET/OLIVER ST. TOWER, 6TH FL/BOSTON, MA 02110

KEVIN HADFIELD - ONE CITIZENS PLAZA/SUITE 620/PROVIDENCE, RI 02903

ADLER POLLOCK & SHEEHAN PC - ONE CITIZENS PLAZA/8TH FLOOR/PROVIDENCE, RI 02903

MICHAEL MCVINNEY - 125 HIGH STREET/6TH FLOOR/BOSTON, MA 02110

***** **End of Certification of Service** *****