UNITED STATES DISTRICT COURT<br>
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HENRY LAVIOLETTE, et al. | ) | No. 3:17-cv-02119-SRU |
| Plaintiffs, | ) | |
| Vs. | ) | |
| | ) | |
| CBS CORP., et al., | ) | |
| Defendants. | ) | September 26, 2019 |

<b><u>MOTION AND ORDER OF DISMISSAL<br>OF ALL PARTIES WITH PREJUDICE</u></b>

Plaintiffs' counsel, Early, Lucarelli, Sweeney & Meisenkothen, LLC, hereby submit to the Court the plaintiff's desire to dismiss all remaining Defendants from their respective cause, with prejudice. Accordingly, Plaintiff's move for an entry of order dismissing all remaining defendants with prejudice.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HENRY LAVIOLETTE, et al. | ) | No. 3:17-cv-02119-SRU |
|     Plaintiffs, | ) | |
| Vs. | ) | |
| | ) | |
| CBS CORP., et al., | ) | |
|     Defendants. | ) | September 26, 2019 |

## **ORDER**

The Court, having considered the Plaintiff's Motion and Order of Dismissal is hereby granted/denied.

_____

                Respectfully submitted,
                THE PLAINTIFFS


                _s/ Christopher Meisenkothen Esq.__
                Christopher Meisenkothen, Esq.
                Federal Bar # ct20906
                Early, Lucarelli, Sweeney &
                Meisenkothen, LLC
                265 Church Street – 11th Floor
                New Haven, Connecticut 06510
                203-777-7799
                203-785-1671 (fax)
                cmeisenkothen@elslaw.com
                Counsel for the Plaintiff

## Certificate of Service

I hereby certify that on September 26, 2019 a copy of foregoing Plaintiffs' Motion and Order of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's System.

        _s/ Christopher Meisenkothen, Esq._
Christopher Meisenkothen, Esq.
Federal Bar # ct20906
Early, Lucarelli, Sweeney & Meisenkothen, LLC
265 Church Street – 11th Floor
New Haven, Connecticut 06510
203-777-7799
203-785-1671 (fax)
cmeisenkothen@elslaw.com
Counsel for the Plaintiff